1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JANET G. WILSON,

               Plaintiff,

       v.

BLOCKBUSTER, INC., and JASEN
McDANIEL,

             Defendants.

Case No. C06-800MJP

TAXATION OF COSTS

Costs in the above-entitled cause are hereby taxed against PLAINTIFF JANET G. WILSON and on behalf of DEFENDANTS in the unopposed amount of $6,019.85.

Entered this ____24th____ day of JULY , 2007 .

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 1